574

473 A.2d 657

Commonwealth v. Hayward, Appellant.

Submitted November 18, 1983. Stokes E. Mott, Jr., for appellant; Jane Cutler Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before McEWEN, HESTER and LIPEZ, JJ.

Judgment of sentence affirmed.

473 A.2d 657

Commonwealth v. Hughes, Appellant.

Submitted November 28, 1983. James M. Pierce, for appellant; Vram Nedurian, Jr., Assistant District Attorney, for Commonwealth, appellee.

Before WICKERSHAM, MONTEMURO and MONTGOMERY, JJ.

Order affirmed.